EDEN FARMS, LLC *v.* RAY WEINER, LLC, ET AL.
(AC 35438)

Beach, Sheldon and Foti, Js.

Submitted on briefs November 21—officially released December 17, 2013

Per Curiam. The judgment is affirmed.

JAVIER SANTANA *v.* COMMISSIONER
OF CORRECTION
(AC 32432)

Lavine, Robinson and Peters, Js.

Submitted on briefs November 21—officially released December 17, 2013

Per Curiam. The appeal is dismissed.

C. J. CLEANING AND MAINTENANCE, INC. *v.* P AND
G STONE, LLC, ET AL.
(AC 35405)

Bear, Sheldon and Harper, Js.

Submitted on briefs November 20—officially released December 17, 2013

Per Curiam. The judgment is affirmed.